[No. 70753-1-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY JOSEPH ALEXANDER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05687-7, Catherine D. Shaffer, J., entered July 26, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 70801-5-I.   Division One.   August 11, 2014.]

DALLAS BARNES, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-2-50560-4, Carrie L. Runge, J., entered October 2, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Appelwick, JJ.

[Nos. 71000-1-I; 71001-0-I.   Division One.   August 11, 2014.]

*In the Matter of the Dependency of* A.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ANNE MARIE BUTCHER, *Appellant*.

Appeals from a judgment of the Superior Court for Island County, Nos. 12-7-00228-5 and 12-7-00227-7, Alan R. Hancock, J., entered September 18, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.